# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

F,D 11521688

FILED
FEB 27 2023

| | |
|---|---|
| United States of America<br>v.<br><br>CANDACE AGATHA BRUNSON-POOLE<br>*Defendant* | )<br>)<br>) Case No. 1:23CR57-5<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CANDACE AGATHA BRUNSON-POOLE
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Wire Fraud in violation of 18:1349;
Aggravated Identity Theft in violation of 18:1028A(a)(1);

**The United States Attorney requests a detention hearing**

Date: 02/13/2023

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/ Samantha S. Hicks, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/13/23, and the person was arrested on *(date)* 2/27/23
at *(city and state)* Greensboro, NC

Date: 2/27/23

RECEIVED
FEB 13 2023
US Marshals Service, M NC

*Arresting officer's signature*

SA James Kaylor, FBI
*Printed name and title*